NOVEMBER 8, 2004

No. 04–46. WATT v. WASHINGTON. Ct. App. Wash. Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *Crawford* v. *Washington*, 541 U. S. 36 (2004). 